**United States District Court**
For the Northern District of California

1
2
3
4
5                    UNITED STATES DISTRICT COURT

6                   NORTHERN DISTRICT OF CALIFORNIA

7

8  In Re                                      No. C-14-2533 EMC (pr)
                                              No. C-14-2534 EMC (pr)
9  MALINKA MOYE,                              No. C-14-2535 EMC (pr)
                                              No. C-14-2536 EMC (pr)
10            Plaintiff.                       No. C-14-2537 EMC (pr)
   _____/          No. C-14-2786 EMC (pr)
11                                            No. C-14-2787 EMC (pr)
                                              No. C-14-2788 EMC (pr)
12                                            No. C-14-2790 EMC (pr)
                                              No. C-14-2791 EMC (pr)
13                                            No. C-14-2792 EMC (pr)
                                              No. C-14-2793 EMC (pr)
14                                            No. C-14-2794 EMC (pr)
                                              No. C-14-2859 EMC (pr)
15                                            No. C-14-2877 EMC (pr)
                                              No. C-14-2878 EMC (pr)
16                                            No. C-14-3235 EMC (pr)

17                                            **ORDER REVOKING PAUPER STATUS
                                              FOR APPEALS**
18

19         The Ninth Circuit has requested this Court in at least one of these many actions from

20  Plaintiff to determine whether *in forma pauperis* status should continue for Plaintiff on appeal or

21  whether the appeal is frivolous or not taken in good faith.  *See* 28 U.S.C. § 1915(a)(3).  The Court

22  now certifies that the appeals are not taken in good faith and revokes *in forma pauperis* status for

23  Plaintiff on appeal in these action.

24         IT IS SO ORDERED.

25

26  Dated: November 14, 2014

27                                            _____
                                              EDWARD M. CHEN
28                                            United States District Judge